IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00924-REB-OES

MARIA MORALES,

Plaintiff(s),

vs.

CENTER CONSOLIDATED SCHOOL DISTRICT 26-JT, et al.,

Defendant(s).

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE O. EDWARD SCHLATTER
Dated:  August 11, 2005

    The Joint Motion for Protective Order [filed August 10, 2005] is GRANTED.