IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 05-cv-00924-REB-MEH

MARIA MORALES,

    Plaintiff,

v.

CENTER CONSOLIDATED SCHOOL DISTRICT 26-JT,
GEORGE WELSH, and
JOEL HOVLAND, in their individual capacities,

    Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

On February 21, 2006, the parties filed a **Stipulated Motion to Dismiss With Prejudice** [#31]. After careful review of the motion and the file, the court has concluded that the motion should be granted and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulated Motion to Dismiss With Prejudice** [#31] filed February 21, 2006, is **GRANTED**;

2. That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs;

3. That the Trial Preparation Conference set for October 6, 2006, is **VACATED**; and

4. That the jury trial set to commence October 23, 2006, is **VACATED**.

Dated February 21, 2006, at Denver, Colorado.

> **BY THE COURT:**
>
> <u>**s/ Robert E. Blackburn**</u>
> **Robert E. Blackburn**
> **United States District Judge**